# PD-0490&0491-15

COURT OF APPEALS CAUSE NOS. 05-14-00212-CR and 05-14-00213-CR
TRIAL COURT CAUSE NOS. 401-81063-2011 & 401-80435-2012

| | | |
|---|---|---|
| JOE POLANCO, Appellant | § | IN THE COURT OF CRIMINAL |
| | § | APPEALS |
| | § | |
| vs. | § | IN AUSTIN, TEXAS |
| | § | |
| THE STATE OF TEXAS, Appellee | § | 401ST JUDICIAL DISTRICT OF |

RECEIVED IN COURT OF CRIMINAL APPEALS

APR 28 2015

Abel Acosta, Clerk

## MOTION FOR EXTENSION OF TIME TO FILE
## APPELLANT'S PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, Joe Polanco, Appellant, and files this Motion for Extension of Time to File Appellant's Petition for Discretionary Review, pursuant to Rules 10.5(b) and 68.2(c), Texas Rules of Appellate Procedure. As grounds in support of this Motion, Appellant states the following:

1. The Court of Appeals for the Fifth District of Texas at Dallas issued a Memorandum Opinion on February 25, 2015.

FILED IN COURT OF CRIMINAL APPEALS

MAY 01 2015

Abel Acosta, Clerk

2. The Appellant submitted to the Court a Motion for Rehearing.

3. The Motion for Rehearing was denied on March 27, 2015.

4. This is Appellant's first request for an extension of time. Appellant requests an extension of ninety (90) days to file the Petition.

5. Appellant is requesting additional time to prepare a Petition for Discretionary Review in that Appellant is attempting to retain counsel to assist him through this process.

6. Attorneys have advised that if they assist in preparation of the Petition for Discretionary Review, additional time will be necessary for the review of all documents.

1

7. At this time, Appellant is attempting to conclude some deadlines he has through his employment which has interfered in the preparation of the Petition.

## PRAYER

Appellant prays that he be granted the relief requested in this motion and that said Court allow him a sixty (60) day extension to prepare a Petition for Discretionary Review.

Respectfully submitted,

_____
JOE POLANCO
*pro se*
1501 Jabbet
Plano, Texas 75025
Telephone: (972) 404-6818

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to Greg Willis, John R. Rolater, Jr., and Zeke Fortenberry, Collin County District Attorney, 2100 Bloomdale Road, Suite 20004, McKinney Texas 75071-8313 this 25 day of April, 2015.

_____
JOE POLANCO
*pro se*

2